United States District Court
District of Massachusetts

| | |
|---|---|
| Robert Beaupre, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 18-12080-NMG |
| ) | |
| Seacoast Sales, Inc., and ) | |
| John Haddad, ) | |
| ) | |
| Defendants. ) | |

## Verdict Form

### Age Discrimination Claims

1. Has the plaintiff proven, by a preponderance of the evidence, the violation of Massachusetts General Laws, Chapter 151B (the Massachusetts discrimination statute) by the defendants?

   Yes _____    (No) _____

If you answer Question 1 "Yes", proceed to Question 2. If you answer Question 1 "No", your deliberations are complete.

### Damages

2. What amount of total damages, if any, do you award to the plaintiff for the violation(s) found in Question 1?

   _____
   (Words)

   $ _____
   (Numbers)

-1-

3. Of the damages awarded in Question 2, what amount, if any, do you attribute to lost wages and/or lost benefits suffered by the plaintiff to the time of trial?

_____
(Words)

$ _____
(Numbers)

4. Of the damages awarded in Question 2, what amount, if any, do you attribute to loss of future earnings and/or future benefits suffered by the plaintiff?

_____
(Words)

$ _____
(Numbers)

5. Of the damages awarded in Question 2, what amount, if any, do you attribute to the emotional distress suffered by the plaintiff?

_____
(Words)

$ _____
(Numbers)

**YOUR DELIBERATIONS ARE COMPLETE. THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION WITHOUT REVEALING THE VERDICT TO THE MARSHAL.**

FOREPERSON: _[signature]_ DATE: 6/28/21